UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-0532 (KSH) |
| v. | : | |
| JESSE BROOKS | : | ORDER |

**THIS MATTER** having been opened to the Court on *pro se* motion by defendant Jesse Brooks for an Order for Early Termination of Supervised Release in the above-captioned case (doc. 2), and the United States Attorney for the District of New Jersey (Rodney C. Villazor, Assistant United States Attorney, appearing) and United States Probation having consented thereto, and for good cause shown, the Court makes the following findings:

A court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). Accordingly, this Court having considering the enumerated statutory factors[1] set forth in 18 U.S.C. § 3553;

---

[1] The factors to be considered are:
(1) the nature and circumstances of the offense and the history and characteristics of the defendant;
(2) the need for the sentence imposed-- . . .
(B) to afford adequate deterrence to criminal conduct;
(C) to protect the public from further crimes of the defendant; and
(D) to provide the defendant with needed educational or vocational training, medical care, or

IT IS on this 3rd day of April 2010, ORDERED:

That defendant the termination of supervised release of Jesse Brooks is hereby terminated as of the date of this Order.

```
                                    _____
                                    HONORABLE KATHARINE S. HAYDEN
                                    UNITED STATES DISTRICT JUDGE
```

---

other correctional treatment in the most effective manner;
. . .
(4) the kinds of sentence and the sentencing range established for--
(A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines--
. . .; or
(B) in the case of a violation of probation or supervised release, the applicable guidelines or policy statements issued by the Sentencing Commission pursuant
. . .;
(5) any pertinent policy statement- . . .; and
(7) the need to provide restitution to any victims of the offense.